UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEGHAN MAZZOLA,

     Plaintiff,

v.                                    Case No. 8:19-cv-835-T-33TGW

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,

     Defendant.

_____/

**ORDER**

     This matter is before the Court on consideration of United States Magistrate Judge Thomas G. Wilson's Report and Recommendation (Doc. # 21), filed on May 15, 2020, recommending that the Commissioner's decision be reversed, and the case be remanded for further consideration.

     As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation, reverses the Commissioner's decision, and remands this case.

**Discussion**

     After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v.

1

<u>Wainwright</u>, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. <u>See</u> <u>Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge.

Accordingly, it is now

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1)   The Report and Recommendation (Doc. # 21) is **ACCEPTED** and **ADOPTED**.

(2)   The Commissioner's decision is **REVERSED**, and the case is **REMANDED** for further proceedings consistent with the Report and Recommendation.

(3)   After remand, the Clerk is directed to **CLOSE** this case.

DONE and ORDERED in Chambers in Tampa, Florida, this <u>2nd</u> day of June, 2020.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE